DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

BRADFORD JOHN KELLY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1810

_____

February 18, 2026

Appeal from the Circuit Court for Sarasota County; Thomas Krug, Judge.

J. Michael Shea, Tampa, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Krystle Celine Cacci, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

LUCAS, C.J., and NORTHCUTT and VILLANTI, JJ., Concur.

_____

Opinion subject to revision prior publication.